United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO A. BRAN, | Case No. 18-02157 BLF (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CREAMER TODD, et al., | |
| Defendants. | |

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\02157Bran_judgment